2089004RP8                                                                                                           llb/ec

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BRIAN ROSEN, | |
| Plaintiff, | |
| v. | No. 08 CV 2744 |
| WELLS FARGO FINANCIAL NATIONAL BANK, | Rebecca R. Pallmeyer |
| Defendant. | |

### NOTICE OF FILING

**TO:** Larry P. Smith
Larry P. Smith & Associates
205 North Michigan Avenue, Suite 4000
Chicago, Illinois 60601
lsmith@lpsmithlaw.com

YOU ARE HEREBY NOTIFIED that on August 15, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, Chicago, Illinois, Defendant, Wells Fargo Financial National Bank's Appearance, a copy of which is attached and hereby served upon you.

By:   s/LaDonna L. Boeckman
      LaDonna L. Boeckman
      CRAY HUBER HORSTMAN
      HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL & VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone:   (312) 332-8450
Facsimile:   (312) 332-8451
Email:       LLB@crayhuber.com
Attorneys for Sigma-Aldrich Co.

## CERTIFICATE OF SERVICE

    The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L/R/ 5.5, that a true and correct copy of the foregoing Notice was served via electronic service to the individual referenced above on August 15, 2008.

                            By:    s/LaDonna L. Boeckman
                                        LaDonna L. Boeckman
                                        CRAY HUBER HORSTMAN
                                        HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL &
VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone:   (312) 332-8450
Facsimile:    (312) 332-8451
Email:        LLB@crayhuber.com
Attorneys for Sigma-Aldrich Co.