2089004RP8                                      llb/ec

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BRIAN ROSEN,

      Plaintiff,

v.                                      No. 08 CV 2744

WELLS FARGO FINANCIAL NATIONAL       Rebecca R. Pallmeyer
BANK,

      Defendant.

## NOTICE OF FILING

**TO:**     Larry P. Smith
           Larry P. Smith & Associates
           205 North Michigan Avenue, Suite 4000
           Chicago, Illinois 60601
           lsmith@lpsmithlaw.com

      YOU ARE HEREBY NOTIFIED that on August 18, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, Chicago, Illinois, Defendant, Wells Fargo Financial National Bank's Answer to Plaintiff's Complaint, a copy of which is attached and hereby served upon you.

                                           By:     s/LaDonna L. Boeckman
                                                 LaDonna L. Boeckman
                                                 CRAY HUBER HORSTMAN
                                                 HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL &
VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone:     (312) 332-8450
Facsimile:       (312) 332-8451
Email:            LLB@crayhuber.com
Attorneys for Wells Fargo Financial National Bank

## CERTIFICATE OF SERVICE

  The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L/R/ 5.5, that a true and correct copy of the foregoing Notice was served via electronic service to the individual referenced above on August 18, 2008.

              By: s/LaDonna L. Boeckman  
                 LaDonna L. Boeckman  
                 CRAY HUBER HORSTMAN  
                 HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)  
CRAY HUBER HORSTMAN HEIL &  
VanAUSDAL LLC  
303 W. Madison St., Suite 2200  
Chicago, Illinois 60606  
Telephone: (312) 332-8450  
Facsimile: (312) 332-8451  
Email:  LLB@crayhuber.com  
Attorneys for Wells Fargo Financial National Bank