2089004RP8                                                            LLB/ec

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BRIAN ROSEN,

       Plaintiff,

v.                                                   No. 08 CV 2744

WELLS FARGO FINANCIAL NATIONAL       Rebecca R. Pallmeyer
BANK,

       Defendant.

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure this Defendant, WELLS FARGO FINANCIAL NATIONAL BANK states as follows:

1.      Wells Fargo Financial National Bank is a subsidiary of Wells Fargo Financial, Inc. which is not a publicly traded company.

2.      Wells Fargo Financial National Bank does not issue any stock.

                                                   By:     s/LaDonna L. Boeckman
                                                           LaDonna L. Boeckman
                                                           CRAY HUBER HORSTMAN
                                                           HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL &
VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone:    (312) 332-8450
Facsimile:      (312) 332-8451
Email:          LLB@crayhuber.com
Attorneys for Sigma-Aldrich Co.