2089004RP8    llb/ec

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN ROSEN, | |
| Plaintiff, | |
| v. | No. 08 CV 2744 |
| WELLS FARGO FINANCIAL NATIONAL BANK, | Rebecca R. Pallmeyer |
| Defendant. | |

### NOTICE OF FILING

**TO:** Larry P. Smith
Larry P. Smith & Associates
205 North Michigan Avenue, Suite 4000
Chicago, Illinois 60601
lsmith@lpsmithlaw.com

YOU ARE HEREBY NOTIFIED that on September 5, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, Chicago, Illinois, Defendant, Wells Fargo Financial National Bank's Rule 7.1 Disclosure Statement, a copy of which is attached and hereby served upon you.

By:    s/LaDonna L. Boeckman
LaDonna L. Boeckman
CRAY HUBER HORSTMAN
HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL &
VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone:    (312) 332-8450
Facsimile:    (312) 332-8451
Email:    LLB@crayhuber.com
Attorneys for Sigma-Aldrich Co.

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L/R/ 5.5, that a true and correct copy of the foregoing Notice was served via electronic service to the individual referenced above on September 5, 2008.

By:  s/LaDonna L. Boeckman
LaDonna L. Boeckman
CRAY HUBER HORSTMAN
HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL &
VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone:    (312) 332-8450
Facsimile:    (312) 332-8451
Email:    LLB@crayhuber.com
Attorneys for Sigma-Aldrich Co.